IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

SEAN TILLMAN,
REG. #11347-035                                                                                    PLAINTIFF

v.                                         2:09CV00145HLJ

MR. RINGWOOD, et al.                                                                     DEFENDANTS

<u>ORDER</u>

Plaintiff, a federal inmate proceeding <u>pro se</u>, has been granted leave to proceed <u>in forma pauperis</u> in this federal civil rights (<u>Bivens</u>) action, pursuant to 28 U.S.C. § 1915 (DE #8).

By Order dated November 2, 2009, this Court directed plaintiff to file an amended complaint, finding plaintiff's original complaint too vague and conclusory for the Court to determine whether his claim is frivolous, fails to state a claim for relief, or does state a legitimate cause of action (DE #8). Plaintiff has now submitted his amended complaint (DE #10).   Having reviewed such, the Court finds service appropriate at this time.  Accordingly,

IT IS THEREFORE ORDERED that service is appropriate for defendants Mr. Ringwood, T.C. Outlaw, Ms. White, Mr. Davis, Mr. Ponder, and Ms. Byum.  The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is directed to serve a copy of the original and amended complaints (DE ##2, 10) and summons on the defendants, the United States Attorney for this district, and the United States Attorney General, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 10th day of November, 2009.

_____
United States Magistrate Judge