**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

SEAN TILLMAN                                                                                              PLAINTIFF
REG. #11347-035

V.                                          NO: 2:09CV00145 BSM/HDY

RINGWOOD *et al.*                                                                                      DEFENDANTS

**ORDER**

Defendants Ringwood, Ponder, T.C. Outlaw, White, and Davis, filed a motion to dismiss, or in the alternative for summary judgment, along with a brief in support and a statement of facts, on February 18, 2010 (docket entries #29-#31). On March 1, 2010, Defendant Mitzi Byram filed a motion to dismiss, or in the alternative, for summary judgment, and a brief in support (docket entries #35-#36). Because Defendants have filed attachments with their motions, the parties are advised that the Court will treat the motions as motions for summary judgment. Although more than 14 days has passed, Plaintiff has not responded to either motion. However, in light of his *pro se* status, Plaintiff will be granted an additional 14 days in which to file his response. Plaintiff is advised that his response to the motions may include opposing or counter-affidavits, executed by him or other persons, which have been either sworn to under oath, *i.e.*, notarized, or declared to under penalty of perjury in accordance with 28 U.S.C. § 1746. Any opposing or counter-affidavits submitted by the Plaintiff must be based upon the personal knowledge of the person executing the affidavit. No affidavit or other document containing Plaintiff's allegations will be considered when determining the motion for summary judgment unless it has been sworn to under oath or declared under penalty of perjury. Defendants are directed to file, no later than 14 days after the entry of this

order, a statement of facts to accompany the motion for summary judgment filed by Byram.

    IT IS SO ORDERED this __19__ day of March, 2010.

                                                       _____
                                                     UNITED STATES MAGISTRATE JUDGE